Marc G. Reich (SBN 159936)
mgr@reichradcliffe.com
Adam T. Hoover (SBN 243226)
adhoover@reichradcliffe.com
**REICH RADCLIFFE & HOOVER LLP**
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: (949) 975-0512
Fax: (949) 208-2839
*Attorneys for Plaintiff*

Michael D. Celio, SBN 197998
mcelio@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Monica K. Loseman, SBN 309370
mloseman@gibsondunn.com
Al Kelly (*pro hac vice*)
akelly@gibsondunn.com
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5700
Facsimile: (303) 298-5907
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN QUIROGA, Derivatively on Behalf of Nominal Defendant AFFIRM HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAX LEVCHIN, MICHAEL LINFORD, JEREMY LIEW, LIBOR MICHALEK, JENNY J. MING, CHRISTA S. QUARLES, KEITH RABOIS, JACQUELINE D. RESES, and JAMES D. WHITE, <br><br> Defendants, <br> and, <br><br> AFFIRM HOLDINGS, INC., <br><br> Nominal Defendant. | Case No: 3:23-cv-01492-WHO <br><br><br> **JOINT STIPULATION AND ORDER TO STAY DERIVATIVE ACTION** |

Plaintiff John Quiroga ("Plaintiff"), derivatively on behalf of Affirm Holdings, Inc. ("Affirm" or the "Company"), and Defendants Max Levchin, Michael Linford, Jeremy Liew, Libor Michalek, Jenny J. Ming, Christa S. Quarles, Keith Rabois, Jacqueline D. Reses, and James D. White, (the "Individual Defendants") and with Affirm Holdings, Inc., Nominal Defendant, (collectively "Defendants") (collectively, the "Parties") jointly submit this Stipulation to temporarily stay the Derivative Action (the "Stipulation"), and in support thereof state as follows:

WHEREAS, Plaintiff Quiroga filed an action captioned *Quiroga v. Levchin, et al.*, Civil Action No. 3:23-cv-01492 (N.D. Cal.) purportedly in the right, and for the benefit of Affirm against all Individual Defendants seeking to remedy Individual Defendants' alleged breach of fiduciary duties, unjust enrichment, and waste of corporate assets, and against Defendants Levchin and Linford for alleged violations of Section 10(b) and 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), that it is alleged caused substantial harm to Affirm (the "Derivative Litigation");

WHEREAS, pending in the United States District Court for the Northern District of California is a putative securities class action captioned *Kusnier v. Affirm Holdings, Inc., et al.*, Case 3:22-cv-07770 (the "Securities Litigation");

WHEREAS, there is an apparent overlap between the facts and circumstances alleged in the Derivative Litigation and the Securities Litigation, including the potential relevance of many of the same documents and witnesses;

WHEREAS, Affirm, Levchin, and Linford, named defendants in the Derivative Litigation, are also named as defendants in the Securities Litigation (the "Securities Litigation Defendants");

WHEREAS, the Securities Litigation Defendants anticipate filing a motion to dismiss for failure to state a claim;

WHEREAS, in order to ensure economy of time and effort for the Court, for counsel, and for litigants, Plaintiff and Defendants have agreed that, in light of the apparent overlap between the facts alleged in the Derivative Litigation and the Securities Litigation, and that the outcome of the anticipated motion to dismiss in the Securities Litigation may inform the proceedings in the Derivative Litigation, that the Derivative Litigation should be temporarily stayed on the terms set forth below unless and until

either (1) the Securities Litigation is dismissed, with prejudice, and all appeals related thereto have been exhausted; (2) the motion to dismiss the Securities Litigation is denied; or (3) either of the Parties to this Stipulation gives a ten (10) day notice that they no longer consent to the voluntary stay of the Derivative Litigation.

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1. All Defendants hereby accept service of the complaint filed in the Derivative Action.

2. The Derivative Litigation shall be stayed upon the Court's endorsement of this Stipulation as an Order of the Court.

3. Defendants shall promptly notify Plaintiff upon becoming aware of any derivative actions or threatened derivative actions, including, but not limited to, Section 220 demands or litigation demands that appear in Defendants' good faith judgment to be related to the Derivative Litigation.

4. The Parties agree that if the plaintiff in any related derivative action refuses to agree to a stay under similar terms, Plaintiff may lift the agreed stay upon ten (10) days' notice in writing to the undersigned Counsel for Defendants via email.

5. The Parties agree that during the pendency of this stay, Defendants shall inform Plaintiff promptly upon the scheduling of any mediation or settlement negotiation with the plaintiff in the Securities Litigation. In the event that Defendants are unable for any reason to include Plaintiff in the mediation with plaintiff in the Securities Litigation, then Defendants agree to mediate with Plaintiff in the Derivative Litigation at or about the same time. The Parties further agree that Defendants shall inform Plaintiff promptly upon the scheduling of any mediation or settlement negotiation with any other derivative plaintiffs who have asserted claims substantially similar to the claims asserted by Plaintiff herein, and shall include Plaintiff in any such mediation or settlement negotiation.

6. The Parties agree that notwithstanding this stay of this Derivative Litigation, Plaintiff may file an amended complaint; however, Defendants need not answer or otherwise respond to the Complaint or to any other complaint or amended complaint that is filed in or consolidated with the above-captioned action during the pendency of this stay.

7. In the event that Defendants agree to produce, or any of them are ordered to produce by a court of competent jurisdiction, any documents in the Securities Litigation or in any related derivative litigation, or pursuant to any shareholder demand for an inspection of books and records on behalf of Affirm, then copies of such documents shall be provided to Counsel for Plaintiff within ten (10) days of such production, subject to the execution by Plaintiff of a reasonable confidentiality agreement governing the use and disclosure of these materials.

8. Upon occurrence of any of (1) exhaustion of all appeals related to the Securities Litigation; or (2) either of the Parties to this Stipulation has given a ten (10) day notice that they no longer consent to the voluntary stay of the Derivative Litigation, then within seven (7) days of the occurrence of any such event or the expiration of the 10-day notice period, counsel for the parties shall meet and confer and jointly submit a proposed schedule for the filing of an amended complaint, if any, and Defendants' response thereto, and all associated briefing. Defendants are not otherwise required to move, answer, or otherwise respond to any complaint.

9. In the event that Defendants agree to terms or conditions in connection with any stipulation, agreement, or motion to stay a related derivative action that are more favorable to the plaintiff(s) therein, those more favorable terms or conditions shall be deemed incorporated into this stipulation.

10. The parties to this Derivative Action are not waiving any rights, claims, or defenses of any kind, and no part of this stipulation shall be construed as a waiver of any rights, claims, or defenses.

Dated: April 28, 2023

**REICH RADCLIFFE & HOOVER LLP**

By: */s/ Adam T. Hoover*
Adam T. Hoover
adhoover@reichradcliffe.com
Marc G. Reich
mgr@reichradcliffe.com
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: (949) 975-0512
Fax: (949) 208-2839

Joshua M. Lifshitz (*Pro Hac Vice to be submitted*)
jlifshitz@lifshitzlaw.com
**LIFSHITZ LAW PLLC**
1190 Broadway
Hewlett, NY 11557
Phone: (516) 493-9780
Fax: (516) 280-7376

*Attorneys for Plaintiff*

**GIBSON DUNN & CRUTCHER LLP**

By: */s/ Michael D. Celio*
Michael D. Celio
mcelio@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Monica K. Loseman
mloseman@gibsondunn.com
Al Kelly (*pro hac vice*)
akelly@gibsondunn.com
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5700
Facsimile: (303) 298-5907

*Attorneys for Defendants*

**ORDER**

On April 28, 2023, the parties in the above-captioned matter filed a joint stipulation to stay the derivative action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __May 1, 2023__                    _____
Honorable William H. Orrick
United States District Judge